DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOSHUA S. CLARK,

Appellant,

v.

CHASTITY BOWMAN,

Appellee.

No. 2D2025-0146

————————————————

October 17, 2025

Appeal from the Circuit Court for Manatee County; Kevin Bruning,
Judge.

Joshua S. Clark, pro se.

No appearance for Appellee.

PER CURIAM.

    Dismissed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.